UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Wendlolyn and Kurt M. Douglass, | : | Chapter 13 |
| | : | |
| Debtor2. | : | Bky. No. 23-13016 (PMM) |

## Order Denying Motion to Extend Time

**AND NOW,** upon consideration of the Debtor's Motion to Extend Time to File (doc. #14, the "Motion");

AND the Motion being the Debtor's third request to extend the deadline for filing all necessary schedules and documents;

AND on November 2, 2023, the Court having entered an Order granting the Debtor's second such request and specifying that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Doc. #12 (emphasis in original);

It is therefore hereby **ordered** that the Motion is **denied**.

Date: 11/15/23

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE