*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Kurt Douglass Fritz | ) | Case No. 23–13016–pmm |
| | ) | |
| | ) | |
|    Wendlolyn M. Douglass | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/02/2023, this case is hereby DISMISSED.

*Patricia M. Mayer*

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

**Date: November 20, 2023**

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2