United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kurt Douglass Fritz  
Wendlolyn M. Douglass  
    Debtors

Case No. 23-13016-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Nov 20, 2023     Form ID: pdf900     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kurt Douglass Fritz, Wendlolyn M. Douglass, 119 Ardmore Ave, Reading, PA 19607-1003 |
| 14822397 | | Everence Federal Credit Union, Attn: Bankruptcy, 2160 Lincoln Hwy E, Lancaster, PA 17602-1150 |
| 14822398 | | Governor Mifflin School District, 10 S Waverly St, Reading, PA 19607-2642 |
| 14822402 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14822404 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14822407 | | Township of Cumru, 1775 Welsh Rd, Mohnton, PA 19540-8803 |
| 14822408 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 21 2023 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2023 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14822394 | | Email/Text: taxclaim@countyofberks.com | Nov 21 2023 00:48:00 | Berks County Tax Claim Bureau, 633 Court St Fl 2, Reading, PA 19601-3552 |
| 14822395 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 01:03:23 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14832226 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2023 00:52:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822396 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 00:48:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14822399 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2023 00:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14828694 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 00:52:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822400 | | Email/Text: MDSBankruptcies@meddatsys.com | Nov 21 2023 00:48:00 | Medical Data Systems Inc, Attn: Bankruptcy, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14822401 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2023 00:48:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 14822405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2023 00:52:23 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14822403 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2023 | Form ID: pdf900 | Total Noticed: 21 |

| 14822406 | Email/Text: BK@servicingdivision.com | Nov 21 2023 00:48:00 | 17129-0001<br>The Money Source Inc., Attn: Bankruptcy, 3138 E Elwood St Ste 200, Phoenix, AZ 85034-7210 |
| --- | --- | --- | --- |
| 14822409 | ^ MEBN | Nov 21 2023 00:40:41 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

**Name**        **Email Address**

MICHAEL A. CIBIK
on behalf of Debtor Kurt Douglass Fritz mail@cibiklaw.com
cibiklawpc@jubileebk.net;8699050420@filings.docketbird.com;cibiklaw@recap.email

MICHAEL A. CIBIK
on behalf of Joint Debtor Wendlolyn M. Douglass mail@cibiklaw.com
cibiklawpc@jubileebk.net;8699050420@filings.docketbird.com;cibiklaw@recap.email

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Kurt Douglass Fritz | ) | Case No. 23−13016−pmm |
| | ) | |
| | ) | |
|    Wendlolyn M. Douglass | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/02/2023, this case is hereby DISMISSED.

**Date: November 20, 2023**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2