**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Kurt Douglass Fritz,<br>Wendolyn M. Fritz,<br><br>Debtors. | Case No. 23-10316-pmm<br><br>Chapter 13 |

**Order Granting Debtors' Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtors' Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order dated November 20, 2023 (ECF No. 17) is **VACATED**.

3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this order.

Date: _____

                                                            Patricia M. Mayer
                                                            U.S. Bankruptcy Judge