# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :          CHAPTER 13

Fritz, Kurt Douglass
Douglass, Wendlolyn M.

     DEBTOR                          :          BKY. NO:   23-13016-pmm

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, Esquire, attorney for Debtor, do hereby certify that all creditors, trustee, and any interested parties were served by Electronic Means and/or First-Class Mail, a copy of the Chapter 13 Plan.

                                        Respectfully Submitted,

Date:   12/4/2023                   /s/Michael A. Cibik
                                        MICHAEL A. CIBIK, ESQUIRE
                                        CIBIK LAW, P.C.
                                        1500 WALNUT STREET, STE. 900
                                        PHILADELPHIA, PA   19102
                                        (215) 735-1060