# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Kurt Douglass Fritz,
    Wendolyn M. Fritz,

          Debtors.

Case No. 23-13016-pmm

Chapter 13

## Debtors' Amended Motion to Reinstate Case

**AND NOW**, Debtors Kurt Douglass Fritz and Wendolyn M. Fritz, by and through their attorney, move this Court to reinstate this case. In support of this motion, the Debtors state as follows:

1. The Debtors filed this case under chapter 13 on October 5, 2023.

2. This case was dismissed on November 20, 2023, for failure to file documents. ECF No. 17.

3. The Debtors have since filed all required documents that gave rise to the dismissal.

4. Accordingly, the Debtors request that the Court reinstate this case.

**NOW, THEREFORE**, the Debtors ask this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: December 4, 2023

CIBIK LAW, P.C.
*Counsel for Debtors*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com