# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Kurt Douglass Fritz,<br>Wendolyn M. Fritz,<br><br>Debtors. | Case No. 23-13016-pmm<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Motion to Reinstate Case along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Tax Claim Bureau
633 Court Street
Second Floor
Reading, PA 19601-4300

U.S. Attorney Office
c/o Virginia Powel, Esq.
Room 1250
615 Chestnut Street
Philadelphia, PA 19106-4404

Reading
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601-4038

Berks County Tax Claim Bureau
633 Court St Fl 2
Reading, PA 19601-3552

Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Comenity Capital Bank
Attn: Bankruptcy
12921 S Vista Station Blvd
Draper, UT 84020-2377

Everence Federal Credit Union
Attn: Bankruptcy
2160 Lincoln Hwy E
Lancaster, PA 17602-1150

Governor Mifflin School District
10 S Waverly St
Reading, PA 19607-2642

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Medical Data Systems Inc
Attn: Bankruptcy
2001 9th Ave Ste 312
Vero Beach, FL 32960-6413

Midland Funding
Attn: Bankruptcy
350 Camino De La Reina Ste 100
San Diego, CA 92108-3007

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

The Money Source Inc.
Attn: Bankruptcy
3138 E Elwood St Ste 200
Phoenix, AZ 85034-7210

Township of Cumru
1775 Welsh Rd
Mohnton, PA 19540-8803

| | |
|---|---|
| U.S. Attorney, Eastern District of Pa.<br>615 Chestnut St Ste 1250<br>Philadelphia, PA 19106-4404 | U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 |

Date: December 4, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com