**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :         CHAPTER 13

Kurt Douglass Fritz
Wendlolyn M. Douglass

     DEBTOR                              :         BKY. NO.  23-13016-pmm


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


1. That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the MOTION TO   REINSTATE CASE   was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

          Respectfully submitted,

DATE:  December 19, 2023          /s/ Michael A. Cibik
          MICHAEL A. CIBIK, ESQUIRE
          CIBIK LAW, P.C.
          1500 WALNUT STREET, STE. 900
          PHILADELPHIA, PA 19102
          (215) 735-1060