**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Kurt Douglass Fritz,<br>Wendolyn M. Fritz,<br><br>Debtors. | Case No. 23-10316-pmm<br><br>Chapter 13 |

**Order Granting Debtors' Amended Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtors' Amended Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order dated November 20, 2023 (ECF No. 17) is **VACATED**.

3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this order.

4. Reinstatement of this case is **CONDITIONED** on the **WAIVER** of the Debtors' right to object to a proof of claim by a non-governmental unit on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), that the proof of claim is filed on or before January 26, 2024.

5. Reinstatement of this case is **CONDITIONED** on the **WAIVER** of the Debtors' right to object to a proof of claim by a governmental unit on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), that the proof of claim is filed on or before May 3, 2024.

6. On or before December 27, 2023, counsel shall serve this order on all parties on the Debtors' list of creditors and shall promptly thereafter file a certification of service.

Date: **December 21, 2023**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge