| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| P3R | 000141 | 000002 | | 0000320020 | 1 |

SEQ 000448

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

# Earnings Statement

ADP

Period Beginning: 07/30/2023
Period Ending: 08/05/2023
Pay Date: 08/11/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2076.92 | | 2,076.92 | 64,384.52 |
| Holiday | | | | 415.38 |
| Vacation | | | | 1,661.53 |
| **Gross Pay** | | | **$2,076.92** | 66,461.43 |

Important Notes
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -329.66 | 10,357.82 |
| | Social Security Tax | -124.21 | 3,925.32 |
| | Medicare Tax | -29.05 | 918.02 |
| | PA State Income Tax | -61.50 | 1,943.70 |
| | Reading City Income Tax | -20.03 | 632.98 |
| | PA SUI Tax | -1.45 | 46.52 |
| | **Other** | | |
| | Ems Tax | -1.00 | 32.00 |
| | Health Ins | -73.51* | 3,149.76 |
| | Miscellaneous | | -2,177.00 |

| **Net Pay** | | **$1,436.51** |
|---|---|---|
| Checking 1 | | -1,436.51 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,003.41

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Advice number: 00000320020
Pay date: 08/11/2023

Deposited to the account of
KURT D FRITZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8695 | xxxx xxxx | $1,436.51 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO    FILE   DEPT.  CLOCK VCHR NO. 058 |
|---|
| P3R 000141 000002         0000330020 1 |

SEQ 000897
UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

## Earnings Statement 

Period Beginning:  08/06/2023
Period Ending:     08/12/2023
Pay Date:          08/18/2023

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 51.9230 | 40.00 | 2,076.92 | 66,461.44 |
| Holiday | | | | 415.38 |
| Vacation | | | | 1,661.53 |
| **Gross Pay** | | | **$2,076.92** | 68,538.35 |

Your federal taxable wages this period are $2,003.41

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -329.66 | 10,687.48 |
| | Social Security Tax | -124.21 | 4,049.53 |
| | Medicare Tax | -29.05 | 947.07 |
| | PA State Income Tax | -61.50 | 2,005.20 |
| | Reading City Income Tax | -20.03 | 653.01 |
| | PA SUI Tax | -1.46 | 47.98 |
| **Other** | | | |
| | Ems Tax | -1.00 | 33.00 |
| | Health Ins | -73.51* | 3,223.27 |
| | Miscellaneous | | -2,488.00 |
| **Adjustment** | | | |
| | Miscellaneous | +311.00 | |
| **Net Pay** | | **$1,747.50** | |
| | Checking 1 | -1,747.50 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET

Advice number:  00000330020
Pay date:       08/18/2023

Deposited to the account of
KURT D FRITZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8695 | xxxx xxxx | $1,747.50 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| PJR | 000141 | 000002 | | 0000360020 | 1 |

SEQ 001330

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Earnings Statement**  ADP

Period Beginning: 08/27/2023
Period Ending: 09/02/2023
Pay Date: 09/08/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2076.92 | | 2,076.92 | 72,692.20 |
| Holiday | | | | 415.38 |
| Vacation | | | | 1,661.53 |
| **Gross Pay** | | | **$2,076.92** | 74,769.11 |

**Important Notes**
BASIS OF PAY: SALARY

Deductions

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -329.66 | 11,676.46 |
| Social Security Tax | -124.21 | 4,422.17 |
| Medicare Tax | -29.05 | 1,034.22 |
| PA State Income Tax | -61.50 | 2,189.70 |
| Reading City Income Tax | -20.03 | 713.10 |
| PA SUI Tax | -1.46 | 52.34 |

Other
| | | |
|---|---|---|
| Ems Tax | -1.00 | 36.00 |
| Health Ins | -73.51* | 3,443.80 |
| Miscellaneous | | -2,488.00 |

| **Net Pay** | **$1,436.50** |
|---|---|
| Checking 1 | -1,436.50 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,003.41

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Advice number: 00000360020
Pay date: 09/08/2023

Deposited to the account of
KURT D FRITZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8695 | xxxx xxxx | $1,436.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** 

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 09/03/2023
Period Ending: 09/09/2023
Pay Date: 09/15/2023

Taxable Marital Status: Single
Exemptions/Allowances:
Federal   0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 51.9230 | 40.00 | 2,076.92 | 74,769.12 |
| Holiday | | | | 415.38 |
| Vacation | | | | 1,661.53 |
| Gross Pay | | | $2,076.92 | 76,846.03 |

Your federal taxable wages this period are $2,003.41

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -329.66 | 12,006.12 |
| Social Security Tax | | -124.21 | 4,546.38 |
| Medicare Tax | | -29.05 | 1,063.27 |
| PA State Income Tax | | -61.50 | 2,251.20 |
| Reading City Income Tax | | -20.03 | 733.13 |
| PA SUI Tax | | -1.45 | 53.79 |
| Other | | | |
| Ems Tax | | -1.00 | 37.00 |
| Health Ins | | -73.51* | 3,517.31 |
| Miscellaneous | | | -2,799.00 |
| Adjustment | | | |
| Miscellaneous | | +311.00 | |
| Net Pay | | $1,747.51 | |
| Checking 1 | | -1,747.51 | |
| Net Check | | $0.00 | |

* Excluded from federal taxable wages

---

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Advice number: 00000370020
Pay date: 09/15/2023

Deposited to the account of
KURT D FRITZ

account number: xxxxx8695
transit ABA: xxxx xxxx
amount: $1,747.5

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| PBR | 000141 | 000002 | 0000390019 | 1 |

SEQ 000785

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Earnings Statement** ADP

Period Beginning: 09/17/2023
Period Ending: 09/23/2023
Pay Date: 09/29/2023

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2076.92 | | 2,076.92 | 78,922.96 |
| Holiday | | | | 415.38 |
| Vacation | | | | 1,661.53 |
| Gross Pay | | | $2,076.92 | 80,999.87 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -347.31 | 12,683.09 |
| Social Security Tax | | -128.77 | 4,799.36 |
| Medicare Tax | | -30.11 | 1,122.43 |
| PA State Income Tax | | -63.76 | 2,376.46 |
| Reading City Income Tax | | -20.77 | 773.03 |
| PA SUI Tax | | -1.45 | 56.70 |
| Other | | | |
| Ems Tax | | -1.00 | 39.00 |
| Health Ins | | | 3,590.82 |
| Miscellaneous | | | -2,799.00 |
| Net Pay | | $1,483.75 | |
| Checking 1 | | -1,483.75 | |
| Net Check | | $0.00 | |

Important Notes
BASIS OF PAY: SALARY

Your federal taxable wages this period are
$2,076.92

---

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Advice number: 00000390019
Pay date: 09/29/2023

Deposited to the account of
KURT D FRITZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8695 | xxxx xxxx | $1,483.75 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**