Social Sec ███████4332

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,884.80 | 49,041.60 |  |  |  |  |
| Fed_Income | -201.41 | -3,423.97 | Regular | 80.00 | 36.06 | 2,884.80 |
| Soc_Sec | -178.86 | -3,040.62 |  |  |  |  |
| Medicare | -41.83 | -711.11 |  |  |  |  |
| State | -88.56 | -1,505.52 |  |  |  |  |
| Local | -28.85 | -490.45 |  |  |  |  |
| EMST | -2.00 | -34.00 |  |  |  |  |
| SUI | -2.02 | -34.34 |  |  |  |  |

| Net Check: | $2,341.27 | Total | 80.00 | 2,884.80 |
|---|---|---|---|---|
| Advice Date: | 8/25/23 |  | Pay Period Ending | Aug 11, 2023 |
|  | NON-NEGOTIABLE |  | Advice Number | 10605 |

10605

********** THIS IS NOT A CHECK **********

WENDLOLYN M. DOUGLASS
119 ARDMORE AVE
READING, PA  19607

8/25/23        *******$2,341.27

NON-NEGOTIABLE

WENDLOLYN M. DOUGLASS

Employee ID DOUGLASS
Social Sec  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

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,884.80 | 49,041.60 |  |  |  |  |
| Fed_Income | -201.41 | -3,423.97 | Regular | 80.00 | 36.06 | 2,884.80 |
| Soc_Sec | -178.86 | -3,040.62 |  |  |  |  |
| Medicare | -41.83 | -711.11 |  |  |  |  |
| State | -88.56 | -1,505.52 |  |  |  |  |
| Local | -28.85 | -490.45 |  |  |  |  |
| EMST | -2.00 | -34.00 |  |  |  |  |
| SUI | -2.02 | -34.34 |  |  |  |  |

| Net Check: | $2,341.27 | Total | 80.00 | 2,884.80 |
|---|---|---|---|---|
| Advice Date: | 8/25/23 |  | Pay Period Ending | Aug 11, 2023 |
|  | NON-NEGOTIABLE |  | Advice Number | 10605 |

WENDLOLYN M. DOUGLASS                                              Social Sec ████4332

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---:|---:|---|---:|---:|---:|
| Gross | 2,884.80 | 51,926.40 |  |  |  |  |
| Fed_Income | -201.41 | -3,625.38 | Regular | 80.00 | 36.06 | 2,884.80 |
| Soc_Sec | -178.86 | -3,219.48 |  |  |  |  |
| Medicare | -41.83 | -752.94 |  |  |  |  |
| State | -88.56 | -1,594.08 |  |  |  |  |
| Local | -28.85 | -519.30 |  |  |  |  |
| EMST | -2.00 | -36.00 |  |  |  |  |
| SUI | -2.02 | -36.36 |  |  |  |  |

| Net Check: | $2,341.27 |  | Total | 80.00 |  | 2,884.80 |
|---|---|---|---|---|---|---|
| Advice Date: | 9/8/23 |  |  | Pay Period Ending Aug 25, 2023 |  |  |
|  | NON-NEGOTIABLE |  |  | Advice Number 10622 |  |  |

10622

********** THIS IS NOT A CHECK **********

WENDLOLYN M. DOUGLASS
119 ARDMORE AVE
READING, PA  19607

9/8/23          *******$2,341.27

NON-NEGOTIABLE

WENDLOLYN M. DOUGLASS                          Employee ID DOUGLASS
                                               Social Sec 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

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---:|---:|---|---:|---:|---:|
| Gross | 2,884.80 | 51,926.40 |  |  |  |  |
| Fed_Income | -201.41 | -3,625.38 | Regular | 80.00 | 36.06 | 2,884.80 |
| Soc_Sec | -178.86 | -3,219.48 |  |  |  |  |
| Medicare | -41.83 | -752.94 |  |  |  |  |
| State | -88.56 | -1,594.08 |  |  |  |  |
| Local | -28.85 | -519.30 |  |  |  |  |
| EMST | -2.00 | -36.00 |  |  |  |  |
| SUI | -2.02 | -36.36 |  |  |  |  |

| Net Check: | $2,341.27 |  | Total | 80.00 |  | 2,884.80 |
|---|---|---|---|---|---|---|
| Advice Date: | 9/8/23 |  |  | Pay Period Ending Aug 25, 2023 |  |  |
|  | NON-NEGOTIABLE |  |  | Advice Number 10622 |  |  |

WENDLOLYN M. DOUGLASS

Employee ID DOUGLASS
Social Sec          4332

|  | This Check | Year to Dat |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,884.80 | 54,811.20 | Regular | 80.00 | 36.06 | 2,884.80 |
| Fed_Income | -201.41 | -3,826.79 |  |  |  |  |
| Soc_Sec | -178.86 | -3,398.34 |  |  |  |  |
| Medicare | -41.83 | -794.77 |  |  |  |  |
| State | -88.56 | -1,682.64 |  |  |  |  |
| Local | -28.85 | -548.15 |  |  |  |  |
| EMST | -2.00 | -38.00 |  |  |  |  |
| SUI | -2.02 | -38.38 |  |  |  |  |

| Net Check: | $2,341.27 | Total | 80.00 |  | 2,884.80 |
|---|---|---|---|---|---|
| Advice Date: | 9/22/23 |  | Pay Period Endin Sep 8, 2023 | | |
|  | NON-NEGOTIABLE |  | Advice Number 10640 | | |

10640

********** THIS IS NOT A CHECK **********

WENDLOLYN M. DOUGLASS
119 ARDMORE AVE
READING, PA   19607

9/22/23          *******$2,341.27

NON-NEGOTIABLE

WENDLOLYN M. DOUGLASS

Employee ID DOUGLASS
Social Sec   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

|  | This Check | Year to Dat |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,884.80 | 54,811.20 | Regular | 80.00 | 36.06 | 2,884.80 |
| Fed_Income | -201.41 | -3,826.79 |  |  |  |  |
| Soc_Sec | -178.86 | -3,398.34 |  |  |  |  |
| Medicare | -41.83 | -794.77 |  |  |  |  |
| State | -88.56 | -1,682.64 |  |  |  |  |
| Local | -28.85 | -548.15 |  |  |  |  |
| EMST | -2.00 | -38.00 |  |  |  |  |
| SUI | -2.02 | -38.38 |  |  |  |  |

| Net Check: | $2,341.27 | Total | 80.00 |  | 2,884.80 |
|---|---|---|---|---|---|
| Advice Date: | 9/22/23 |  | Pay Period Endin Sep 8, 2023 | | |
|  | NON-NEGOTIABLE |  | Advice Number 10640 | | |