UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| Kurt Douglass Fritz | |
| Wendlolyn M. Douglass | Bankruptcy No. 23-13016-PMM |
| Debtors | |

### PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on April 18, 2024 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

Respectfully Submitted

Date: January 22, 2024

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee