UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
Kurt Douglass Fritz                                 :        Chapter 13
Wendlolyn M. Douglass                               :
                    Debtors                         :        Case No. 23-13016-PMM

CERTIFICATE OF SERVICE

      I, Kristen Gliem, hereby certify that I have on this 22nd day of January, 2024, served a copy of the Praecipe to Re-List Confirmation Date by depositing a copy of the document in the regular United States Mail postage prepaid to the interested parties listed below:

Kurt Douglass Fritz
Wendlolyn M. Doughlass
119 Ardmore Avenue
Reading, PA 19607

Tax Claim Bureau
633 Court Street
Second Floor
Reading, PA 19601-4300

U.S. Attorney Office
c/o Virginia Powel, Esq.
Room 1250
615 Chestnut Street
Philadelphia, PA 19106-4404

Allied First Bank, SB dba Servbank
3138 E. Elwood Street
Phoenix, AZ 85034-7210

Berks County Tax Claim Bureau
633 Court St Fl 2
Reading, PA 19601-3552

Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Capital One, NA  
4515 N. Santa Fe Ave  
Oklahoma City, OK 73118-7901

Comenity Capital Bank  
Attn: Bankruptcy  
12921 S Vista Station Blvd  
Draper, UT 84020-2377

Everence Federal Credit Union  
Attn: Bankruptcy  
2160 Lincoln Hwy E  
Lancaster, PA 17602-1150

Governor Mifflin School District  
10 S Waverly St  
Reading, PA 19607-2642

Internal Revenue Service  
Centralized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101-7346

LVNV Funding, LLC  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

Medical Data Systems Inc  
Attn: Bankruptcy  
2001 9th Ave Ste 312  
Vero Beach, FL 32960-6413

Midland Funding  
Attn: Bankruptcy  
350 Camino De La Reina Ste 100  
San Diego, CA 92108-3007

Pennsylvania Attorney General  
16th Floor, Strawberry Square  
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue  
Bankruptcy Division  
1 Revenue Pl  
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

The Money Source Inc.
Attn: Bankruptcy
3138 E Elwood St Ste 200
Phoenix, AZ 85034-7210

Township of Cumru
1775 Welsh Rd
Mohnton, PA 19540-8803

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


**Electronically via ECF/System ONLY:**

Michael A. Cibik, Esquire
Attorney for Debtor

Office of the United States Trustee

*/s/Kristen Gliem*
Kristen Gliem
Paralegal for
Rolando Ramos, Esq.