United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13016-pmm

Kurt Douglass Fritz  Chapter 13

Wendlolyn M. Douglass

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2024 | Form ID: 152 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Kurt Douglass Fritz, Wendlolyn M. Douglass, 119 Ardmore Ave, Reading, PA 19607-1003 |
| 14822397 | Everence Federal Credit Union, Attn: Bankruptcy, 2160 Lincoln Hwy E, Lancaster, PA 17602-1150 |
| 14822398 | Governor Mifflin School District, 10 S Waverly St, Reading, PA 19607-2642 |
| 14822404 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14822407 | Township of Cumru, 1775 Welsh Rd, Mohnton, PA 19540-8803 |
| 14822408 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jan 24 2024 00:23:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 24 2024 00:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14843041 | + Email/Text: BK@servicingdivision.com | Jan 24 2024 00:23:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14822394 | Email/Text: taxclaim@countyofberks.com | Jan 24 2024 00:23:00 | Berks County Tax Claim Bureau, 633 Court St Fl 2, Reading, PA 19601-3552 |
| 14822395 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14832226 | + Email/PDF: ebn_ais@aisinfo.com | Jan 24 2024 00:32:04 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822396 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14822399 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2024 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14828694 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 00:32:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822400 | Email/Text: MDSBankruptcies@meddatsys.com | Jan 24 2024 00:23:00 | Medical Data Systems Inc, Attn: Bankruptcy, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14822401 | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 00:23:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 14822402 | Email/Text: fesbank@attorneygeneral.gov | Jan 24 2024 00:23:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14822405 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2024 00:32:04 | Portfolio Recovery Associates, LLC, Attn: |

| | | | |
|---|---|---|---|
| | | | Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14822403 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14822406 | Email/Text: BK@servicingdivision.com | Jan 24 2024 00:23:00 | The Money Source Inc., Attn: Bankruptcy, 3138 E Elwood St Ste 200, Phoenix, AZ 85034-7210 |
| 14822409 | ^ MEBN | Jan 24 2024 00:20:45 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Kurt Douglass Fritz mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Wendlolyn M. Douglass mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kurt Douglass Fritz and Wendlolyn M. Douglass

    Debtor(s)

Case No: 23−13016−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 4/18/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

For The Court

Timothy B. McGrath
Clerk of Court

35 − 23
Form 152