1/31/24 at 14:09:25.05

Page: 1

# INSURANCE ACQUISITIONS INC
## Payroll Register
For the Period From Aug 1, 2023 to Dec 31, 2023

Filter Criteria includes: 1) Employee Names from WENDLOLYN M. DOUGLASS to WENDLOLYN M. DOUGLASS. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Typ | Pay Hrs | Pay Amt | Amount | Gross / State / Misc / SICK_AccO / SUI / Sp_Ch_Ins / Medicare_E / med_C | Fed_Income / DONOTUSE / Insurance / SICK_TaOff / Support / ShareHealth / FUTA_ER | Soc_Sec / Local / K401 / SICK_Rem / med / DedLife / SUI_ER | Medicare / EMST / VacationOff / AUTO / LifeIns / Soc_Sec_ER / K401_ER |
|---|---|---|---|---|---|---|---|---|
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10587 8/11/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10605 8/25/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10622 9/8/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10640 9/22/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10657 10/6/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10675 10/20/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10693 11/3/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |

1/31/24 at 14:09:25.21                                                                                                              Page: 2

# INSURANCE ACQUISITIONS INC
## Payroll Register
### For the Period From Aug 1, 2023 to Dec 31, 2023

Filter Criteria includes: 1) Employee Names from WENDLOLYN M. DOUGLASS to WENDLOLYN M. DOUGLASS. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Typ | Pay Hrs | Pay Amt | Amount | Gross / State / Misc / SICK_AccO / SUI / Sp_Ch_Ins / Medicare_E / med_C | Fed_Income / DONOTUSE / Insurance / SICK_TaOff / Support / ShareHealth / FUTA_ER | Soc_Sec / Local / K401 / SICK_Rem / med / DedLife / SUI_ER | Medicare / EMST / VacationOff / AUTO / LifeIns / Soc_Sec_ER / K401_ER |
|---|---|---|---|---|---|---|---|---|
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10710 11/17/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10725 12/1/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10741 12/14/23 | Regular | 3.55 | 128.01 | 100.91 | 128.01 -3.93 -0.09 -1.86 | -12.00 | -7.94 -1.28 | -1.86 -7.94 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10755 12/15/23 | Regular | 80.00 | 2,884.80 | 2,341.27 | 2,884.80 -88.56 -2.02 -41.83 | -201.41 | -178.86 -28.85 | -41.83 -2.00 -178.86 |
| DOUGLASS WENDLOLYN M. DOUGL XXX-XX-4332 10770 12/29/23 | Regular | 80.00 | 2,884.80 | 2,314.16 | 2,884.80 -88.56 -2.02 -43.83 | -217.97 | -187.41 -28.85 | -43.83 -2.00 138.00 -187.41 |
| Summary Total 8/1/23 thru 9/30/23 | Regular | 320.00 | 11,539.20 | 9,365.08 | 11,539.20 -354.24 -8.08 -167.32 | -805.64 | -715.44 -115.40 | -167.32 -8.00 -715.44 |
| Summary Total 10/1/23 thru 12/31/23 | Regular | 563.55 | 20,321.61 | 16,462.69 | 20,321.61 -623.85 -14.23 | -1,438.43 | -1,268.51 -203.23 | -296.67 -14.00 138.00 |

1/31/24 at 14:09:25.29

Page: 3

## INSURANCE ACQUISITIONS INC
### Payroll Register
For the Period From Aug 1, 2023 to Dec 31, 2023

Filter Criteria includes: 1) Employee Names from WENDLOLYN M. DOUGLASS to WENDLOLYN M. DOUGLASS. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No<br>Reference<br>Date | Pay Typ | Pay Hrs | Pay Amt | Amount | Gross<br>State<br>Misc<br>SICK_AccO<br>SUI<br>Sp_Ch_Ins<br>Medicare_E<br>med_C | Fed_Income<br>DONOTUSE<br>Insurance<br>SICK_TaOff<br>Support<br>ShareHealth<br>FUTA_ER | Soc_Sec<br>Local<br>K401<br>SICK_Rem<br>med<br>DedLife<br>SUI_ER | Medicare<br>EMST<br>VacationOff<br>AUTO<br>LifeIns<br>Soc_Sec_ER<br>K401_ER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | -1,268.51 |
| | | | | | -296.67 | | | |
| Report Date Final Total<br>8/1/23 thru 12/31/23 | Regular | 883.55 | 31,860.81 | 25,827.77 | 31,860.81<br>-978.09 | -2,244.07 | -1,983.95<br>-318.63 | -463.99<br>-22.00 |
| | | | | | -22.31 | | | 138.00<br>-1,983.95 |
| | | | | | -463.99 | | | |