UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Kurt Douglass Fritz<br>    Wendlolyn M. Douglass<br><br>               Debtors | Chapter 13<br>Bankruptcy No.23-13016-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of May, 2024, by first class mail upon those listed below:

Kurt Douglass Fritz
119 Ardmore Ave
Reading, PA  19607-1003

Wendlolyn M. Douglass
119 Ardmore Ave
Reading, PA

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee