**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 23-13016** |
| **KURT DOUGLASS FRITZ** § | |
| **WENDLOLYN M. DOUGLASS** § | |
| DEBTOR(S) § | **CHAPTER 13** |
| § | |

**NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

Notice is hereby given that **Servbank, SB**, ("Creditor"), is withdrawing its **Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim #4-1)** filed on **January 25, 2024**.

Dated:    06/28/2024

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Mukta Suri
Mukta Suri
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Servbank, SB

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _____June 28, 2024_____ via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*
Kurt Douglass Fritz
119 Ardmore Ave
Reading, PA 19607-1003

**Debtor**      *Via U.S. Mail*
Wendlolyn M. Douglass
119 Ardmore Ave
Reading, PA 19607-1003

**Debtors' Attorney**
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

**Chapter 13 Trustee**
Scott F. Waterman
2901 St. Lawrence Ave, Suite 100
Reading, Pennsylvania 19606

                                      Respectfully Submitted,

                                      /s/ Mukta Suri
                                      Mukta Suri