Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13016-PMM**

Kurt Douglass Fritz  
Wendlolyn M. Douglass  
119 Ardmore Ave  
Reading  PA    19607-1003

Petition Filed Date: 10/05/2023  
341 Hearing Date: 02/27/2024  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/18/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/13/2023 | $1,500.00 | | | | | | | |

**Total Receipts for the Period: $1,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $428.24 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $7,076.93 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,732.06 | $0.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | SERVBANK SB<br>»» 004 | Mortgage Arrears | $75,697.18 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 005 | Priority Crediors | $21,805.00 | $0.00 | $0.00 |
| 6 | TOWNSHIP OF CUMRU - SEWER<br>»» 006 | Secured Creditors | $7,515.36 | $0.00 | $0.00 |

Chapter 13 Case No. 23-13016-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $150.00 | Total Plan Base: | $90,000.00 |
| Funds on Hand: | $1,350.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.