**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | | Period |
|---|---|---|---|
| 23-13016 | Fritz/Douglass | | Pre-Confirmation |
| **Summary of Fees** | | | |
| In this case, the applicant assisted the debtors with the filing of their intial case and later the reinstatement of their case aafter its first dismissal, as well as all the document drafting, filing, and preparation required in the case before its ultimate dismissal due to the debtors' failure to male plan payments. | | | |

| Date | Staff | Description | Hours |
|---|---|---|---|
| 09/22/2023 | Attorney | Initial consultation and analysis of the financial situation | 1.50 |
| 09/29/2023 | Attorney | Reviewed documents provided by client, wrote memo to file | 1.80 |
| Various | Attorney | Correspondence | 1.90 |
| 10/05/2023 | Attorney | Drafted voluntary petition | 0.50 |
| 10/12/2023 | Attorney | Drafted matrix list of creditors | 0.50 |
| 10/19/2023 | Attorney | Drafted motion to extend time to file schedules | 0.10 |
| 11/01/2023 | Attorney | Drafted motion to extend time to file schedules | 0.10 |
| 12/04/2023 | Attorney | Drafted motion to reinstate case | 0.70 |
| 12/04/2023 | Attorney | Drafted schedules, statements, chapter 13 plan, and related documents | 2.00 |
| 12/21/2023 | Attorney | Represented debtor at hearing on motion to reinstate case | 0.30 |
| 02/26/2024 | Attorney | Prepared for meeting of creditors | 1.50 |
| 02/27/2024 | Attorney | Represented debtor at meeting of creditors | 0.50 |
| 08/01/2024 | Attorney | Drafted fee application and reviewed time | 0.60 |

| | |
|---|---|
| Total Attorney Hours | 12.00 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | $4,200.00 |
| Pre-petition Payment | $1,250.00 |
| **Amount Due** | $2,950.00 |
| **Amount Requested by Applicant** | $2,250.00 |